STATE OF NEW JERSEY v. ROBERT THOMAS POHLE
AND ROBERT CAPUTI.

June 12, 1979.    Petition for certification denied.    (See 166 *N.J.Super.* 504).

RONALD D. WITT v. SHANNON OUTBOARD MOTOR SALES,
INC. AND BYRON T. SHANNON.

June 12, 1979.    ORDERED that the petition for certification is denied without prejudice to respondent-petitioner's right to have the issue of the compensability of Ronald D. Witt's claim, within the meaning of *N.J.S.A.* 34:15–8, determined by the Superior Court, Law Division, in the suit for damages brought against respondent by Witt.    (See 166 *N.J.Super.* 319).

STATE OF NEW JERSEY v. ROBERT E. CARTER.

July 10, 1979.    Petition for certification denied.

STATE OF NEW JERSEY v. VINCENT D'AMELIO.

July 10, 1979.    Petition for certification denied.

FRANCES SWINICK v. W. T. GRANT CO.

July 10, 1979.    Petition for certification denied.